389 A.2d 160

Commonwealth v. Battle, Appellant.

Commonwealth v. Lewis, Appellant.

Submitted December 10, 1976. Holly Maguigan, and Kairys, Rudovsky & Maguigan, for appellant, at No. 1931; Patricia V. Pierce, Assistant Defender, and Benjamin Lerner, Defender, for appellant, at No. 1873; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.